Núm. 6906.—Pueblo, apldo. *v.* Cuevas, aplte.—C. D. San Juan. Febrero 7, 1938.

(Por la Corte, a propuesta del Juez Asociado Sr. Hutchison.)

Por cuanto, Cuevas Velázquez fué convicto de una supuesta violación de la orden final de la Comisión de Servicio Público aprobada en octubre 15, 1932, y enmendada en marzo 15, 1935, en conexión con el artículo 95 de la Ley de Servicio Público de Puerto Rico según quedó enmendada por la Ley Núm. 2 de mayo 7, 1927, por una denuncia en la que se alega que:

" . . . mientras manejaba el automóvil P–3695 propiedad de Rosita Ramírez, de San Juan, por la referida avenida Fernández Juncos, San Juan, que es un camino público, actuaba como compañía de servicio público en la ruta comprendida entre San Juan–Santurce y vice-versa, transportando pasajeros mediante paga de 5 centavos por asiento, habiendo tomado los pasajeros Alfredo Ortiz y Miguel Maldonado, desde San Juan, P. R., hasta Santurce, sin tener para ello un certificado de necesidad y conveniencia u otra autorización válida alguna que le autorice para servir dicha ruta, no obstante estar ésta servida exclusivamente por la compañía de servicio público White Star Bus Line Inc., que es la única que está debidamente autorizada para prestar dicho servicio, mediante franquicia concedida por la Comisión de Servicio Público de Puerto Rico, el 9 de abril de 1927, y aprobada por el Gobernador de Puerto Rico el 12 del mismo mes y año."

POR CUANTO, la única prueba que va directamente a la cuestión de paga, es la del testigo de cargo Alfredo Ortiz que se limita a decir que no intentaba pagar más de cinco centavos, si no lo podía evitar, pero que nunca hubo convenio entre él y el acusado, ni le hizo saber nada de su intención de pagarle, y no le pagó nada, siendo insuficiente dicha prueba para demostrar que el transporte fué "mediante paga de cinco centavos por asiento" como se alega en la denuncia.

POR TANTO, vistos los casos de *Pueblo* v. *Rivera,* 51 D.P.R. 725; *Pueblo* v. *Rivera,* 52 D.P.R. 395, y de acuerdo con la anuencia y recomendación del fiscal de esta Corte, se revoca la sentencia que dictó la Corte de Distrito de San Juan en noviembre 11, 1937, y se absuelve al acusado.

El Juez Asociado Sr. Córdova Dávila no intervino.